J. Chauncey Hayes (SBN 088708)
HAYES LAW FIRM
4092 Bridge Street
Fair Oaks, CA 95628
Telephone: (916) 966-7575
Facsimile: (916) 966-7525
Email:     chayes@hayeslaw.net

Attorneys for plaintiff
RANDAL LEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDAL LEE, | Case No. 2:08-CV-1909-FCD-EFB |
| Plaintiff, | ORDER PERMITTING WITHDRAWAL OF DEFENDANTS' MOTION TO COMPEL |
| vs. | & REQUEST FOR MONETARY SANCTIONS |
| CUSTOM BUILDERS, a California Corporation, | Date: February 3, 2010 |
| FRANK LATRONICO, individually and dba CUSTOM BUILDERS, | Time: 10:00 a.m. |
| DOES 1-50, Inclusive, | Magistrate: Edmund F. Brennan |
| Defendants. | |

Pursuant to the stipulation of the parties, through their respective counsel,

IT IS HEREBY ORDERED that:

1. Defendant's Motion to Compel Discovery Responses & Request For Monetary Sanctions be, and is, permitted to be withdrawn;

2. The hearing date, of February 3, 2010, is vacated;

3. The Clerk is directed to terminate the motion; and

4. The order to show cause issued on December 31, 2009, is discharged.

Dated:   January 26, 2010.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE