UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

RANDAL LEE,

    Plaintiff,

    v.

CUSTOM BUILDERS, et. al.,

    Defendants.

NO. CIV.S-08-1909 FCD EFB

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

    1.    The hearing on Defendants' Motion for Summary Judgment, or in the alternative, for Summary Adjudication (Docket #27) is continued to August 20, 2010, at 10:00 a.m.  Plaintiff shall file and serve his opposition brief or notice of non-opposition no later than August 6, 2010.  The defendants may file and serve a reply on or before August 13, 2010.

    2.    Plaintiff's counsel is ordered to show cause why he should not each be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendants' motion in compliance with Local Rule 230(c).

1      3.   Plaintiff's counsel shall file his response to the
2 order to show cause on or before August 6, 2010.
3      4.   A hearing on the order to show cause, if necessary,
4 will follow the hearing on the motion.
5      IT IS SO ORDERED.
6 DATED: July 12, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE