J. Chauncey Hayes (SBN 088708)
HAYES LAW FIRM
7737 Fair Oaks Boulevard, #447
Fair Oaks, CA 95628
Telephone: (916) 966-7575
Facsimile: (916) 200-1214
Email:      chayes@hayeslaw.net

Attorneys for plaintiff
RANDAL LEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RANDAL LEE, | ) | Case No. 2:08-CV-1909-FCD-EFB |
|---|---|---|
| Plaintiff, | ) | ORDER GRANTING STIPULATION OF COUNSEL FOR DISMISSAL |
| vs. | ) | OF COMPLAINT |
| CUSTOM BUILDERS, a California Corporation, FRANK LATRONICO, individually and dba CUSTOM BUILDERS, DOES 1-50, Inclusive, | ) | [Filed Concurrently With: Stipulation for Dismissal of Complaint] |
| Defendants. | ) | |

The parties, by and through their attorneys for record, have stipulated to the dismissal of plaintiff's complaint herein.

IT IS HEREBY ORDERED that plaintiff's complaint be, and hereby is, dismissed.

**IT IS SO ORDERED.**

Date: August 13, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE